IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR OKALOOSA COUNTY, FLORIDA
CIVIL ACTION

JOSEPH POPP,
    Plaintiff,

-vs-                                                CASE NO.: __2020 CA 003668 F__

MJW REAL ESTATE, LLC.
    Defendant.
_____/

## SUMMONS
## IMPORTANT

**TO:**    **MJW REAL ESTATE, LLC**
        **c/o Registered Agent**
        **Lindsay J. Builder, Jr.**
        **271 West Canton Avenue, Suite 2**
        **Winter Park, FL 32879**

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

      Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no la protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

EXHIBIT A

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entragar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pevent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requirer les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous - meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff / Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff's Attorney:    **VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida  33919
Telephone:  (239) 334-3933
Facsimile;   (239) 334-7105
Primary Email: Viles@vilesandbeckman.com
Secondary Email: Stefanie@vilesandbeckman.com
*/s/ Marcus W. Viles*
**Marcus W. Viles, Esquire**
**FBN: 0516971**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on the above named defendant.

DATED on _12/15/2020_, 2020

CLERK OF COURTS

By _Kim Bryan_
As Deputy Clerk

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR OKALOOSA COUNTY, FLORIDA
CIVIL ACTION

JOSEPH POPP,

    Plaintiff,

-vs-                                          CASE NO.: 2020 CA 003668 F

                                                             Judge:

MJW REAL ESTATE, LLC.

    Defendant.

_____/

## COMPLAINT

    COMES NOW Plaintiff, JOSEPH POPP, and sues Defendant, MJW REAL ESTATE, LLC. (Hereinafter "MJW REAL ESTATE") and says:

1. This is an action by Plaintiff for damages in excess of $30,000.00.

2. Venue is proper in Okaloosa County as the incident alleged occurred on the subject property located in Okaloosa County, Florida

3. Plaintiff was and is at all times material *sui juris*.

4. At all times material hereto, MJW REAL ESTATE, was a foreign corporation with its principal address of 6551-5 Green Island Dr. Columbus, GA 31904.

5. On or about September 7, 2019, MJW REAL ESTATE, owned or leased and/or was in material possession of the property located at 19 Racetrac Road NE, Fort Walton Beach, FL, more commonly known as Maaco Collision Repair & Auto Painting.

6. The above property located in Fort Walton Beach, Okaloosa County Florida is a commercial Collision Repair & Auto Painting, where MJW REAL ESTATE, was the landlord.

7. On or about September 7, 2019, MJW REAL ESTATE was in control of the above described premises and had the right and duty to maintain the premises and/or the property.

8. At that time and place Plaintiff went on the premises and/or property as an invitee.

9. At that time and place Plaintiff was approaching the area to be repaired when he fell through the roof.

10. Defendant knew or should have known of the negligent conditions and of the risks of serious injury that could occur.

11. At that time and place, Defendant, MJW REAL ESTATE, owed the following duties to the Plaintiff:

    a. Defendant owed Plaintiff a duty to exercise reasonable care.

    b. The duty to maintain the premises in a reasonably safe condition;

    c. The duty to reasonably inspect the premises in order to determine whether any unsafe or dangerous conditions existed on the property;

    d. The duty to correct or repair any unsafe or dangerous condition(s) of which Defendant was aware or should have been aware through the exercise of reasonable care; and

    e. The duty to warn invitees of known hazards.

12. At that time and place, Defendant, MJW REAL ESTATE, breached their duties and negligently maintained the property by;

    a. Failing to have proper inspections and maintenance of the area where Plaintiff fell;

    b. Failing to reasonably inspect the premises in order to determine whether any unsafe or dangerous conditions existed on the property; and

    c. Failing to correct or repair the dangerous condition so that Plaintiff fell on the property.

    d. Failing to warn invitees of known hazards.

    e. Defendant failed to exercise reasonable care and breached the aforesaid duties.

13. As a direct and proximate result of the subject incident on the premises and/or properties, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future

**WHEREFORE**, the Plaintiff, JOSEPH POPP, demands judgment against the Defendant, MJW REAL ESTATE, LLC and for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, if any, to the extent allowed by law, and demands a trial by jury.

Dated: December **7th**, 2020.

**VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida  33919
Telephone:  (239) 334-3933
Facsimile:   (239) 334-7105
Primary Email: Viles@vilesandbeckman.com
Secondary Email: Stefanie@vilesandbeckman.com

**/s/ Marcus W. Viles, Esq.**
Marcus W. Viles, Esquire
FBN: 0516971